IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01260-BNB

MICHAEL COON,

Applicant,

v.

EDWARD STOKES, Parole Officer,
COLORADO STATE BOARD OF PAROLE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER CONSTRUING 28 U.S.C. § 2254 ACTION AS 28 U.S.C. § 2241 ACTION
AND DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Michael Coon, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon, Colorado, correctional facility. Mr. Coon has submitted to the Court *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon review of the habeas corpus application, the Court finds that Mr. Coon is challenging the procedure at his parole revocation hearing and the revocation of his parole. Therefore, the Court will construe the action as initiated pursuant to 28 U.S.C. § 2241, and direct Applicant to amend the application and to file his challenges to the execution of his sentence on a Court-approved, § 2241 application form. He further is directed to complete the form in full. Accordingly, it is

ORDERED that the action is construed as filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the clerk of the Court to change the nature of the case in the Court's docketing records. It is

FURTHER ORDERED that Mr. Coon file, **within thirty days from the date of this order**, an amended application that complies with this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Coon, together with a copy of this order, two copies of the Court-approved form for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Coon fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice.

DATED June 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01260-BNB

Michael Coon
Prisoner No. 94717
Limon Correctional Facility
49030 State Highway 71
Limon, CO. 80826

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 6/23/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk