IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01260-BNB

MICHAEL COON,

    Applicant,

v.

EDWARD STOKES, Parole Officer,
COLORADO STATE BOARD OF PAROLE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 7 2008

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION THAT NAMES PROPER RESPONDENT

Applicant, Michael Coon, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon, Colorado, correctional facility. Mr. Coon has submitted to the Court *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court notes that Mr. Coon fails to name his custodian as the Respondent in the 28 U.S.C. § 2241 application. The law is well-established that the only proper respondent to a habeas corpus action is the habeas applicant's custodian. *See* 28 U.S.C. § 2243; Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). Rule 1(b) of the Section 2254 Rules applies the rules to 28 U.S.C. § 2241 habeas corpus applications. Accordingly, it is

ORDERED that Mr. Coon file, **within thirty days from the date of this order,**

an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that complies with this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Coon, together with a copy of this order, two copies of the Court-approved form for filing an amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Coon fails within the time allowed to file an amended 28 U.S.C. § 2241 application as directed, the § 2241 application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 3rd day of July, 2008.

BY THE COURT:

s/ Craig B. Shaffer
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01260-BNB

Michael Coon
Prisoner No. 94717
Limon Correctional Facility
49030 State Highway 71
Limon, CO. 80826

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 7/7/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk