IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01260-BNB

MICHAEL COON,

    Applicant,

v.

STEVEN HARTLEY, Warden/Custodian,

    Respondent.

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Objection to Enlargement of Time" submitted to the Court *pro se* on August 20, 2008, by Applicant, Michael Coon. In the document, Mr. Coon objects to Magistrate Judge Boyd N. Boland's August 14, 2008, minute order granting Respondents' motion for enlargement of time in which to file a Preliminary Response.

The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court concludes that Magistrate Judge Boland's August 14, 2008, minute order is neither clearly erroneous nor contrary to law. Therefore, Mr. Coon's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the document titled "Objection to Enlargement of Time"

submitted to the Court *pro se* on August 20, 2008, by Applicant, Michael Coon, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), and is overruled. It is

FURTHER ORDERED that Applicant continues to have **twenty (20) days after the filing of the Preliminary Response** in which to file a Reply.

DATED at Denver, Colorado, this 28 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01260-BNB

Michael Coon
Prisoner No. 94717
Limon Correctional Facility
49030 State Highway 71
Limon, CO. 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/28/08

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk